IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:19CR364 |
| vs. | ) | |
| CAROLINA ESTRADA, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on the defendant's Motion to Extend Self Reporting Date to Prison [72]. The government does not object to the extension. After considering the matter, the court will grant the motion.

IT IS ORDERED that the defendant's motion is granted, and the defendant's self-surrender date is extended to **August 4, 2022.** The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the U.S. Marshal (currently FPC Bryan, TX).

**DATED:** April 29, 2022.

BY THE COURT:

Robert S. Rossiter, Jr.
United States District Court Judge